JOSEPH BERNSTEIN, Doing Business as JOSEPH BERNSTEIN & Co., Respondent, v. EUGENE LUCCHESI, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARGARET H. BEDELL, Respondent, v. HARRY ANDERSON and Others, Doing Business, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPHINE O'BRIEN, Respondent, v. OAKDALE CONTRACTING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PATRICK J. ROONEY, Also Known as PAT ROONEY, Appellant, v. ASSOCIATED PRESS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARY GRATHWOHL, as Administratrix, etc., of JOHN HOFFMAN, Deceased, Respondent, v. PETER COLOYIANIS PAPAGEORGE, Appellant.— Judgment and order affirmed, with costs. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD STEWART, Appellant.— Judgment reversed and a new trial ordered, on the ground that the finding that the defendant was guilty is against the weight of the evidence.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Finch, P. J., and Martin, J., dissent and vote for affirmance.

EVELYN FISCHER, as Administratrix, etc., of JACOB J. FISCHER, Deceased, Respondent, v. SARAH GOLDBERG, Appellant.— Judgment affirmed, with costs. No opinion.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JULIUS LEVY, Respondent, v. JOHN BLUSH, Defendant, Impleaded with EDWIN R. WEBER, as Executor, etc., of MARTIN M. GOODMAN, Deceased, Appellant.— Judgment and orders affirmed, with costs. No opinion.  Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SIMEON T. FLANAGAN, an Attorney.— Motion for reinstatement granted.  Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.